Glenn Franklin ANDERSON, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 00–5107.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

Rehearing Denied March 5, 2001.

Before LOURIE, GAJARSA, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.